IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SIEMENS INDUSTRY, INC.,

    Plaintiff,

v.                                No. 13-cv-0883 CG/SMV

AEGIS SECURITY INS. CO.,
BLUESTONE SUR., LTD.,
BLUESTONE AGENCY, INC.,
AM. SAFETY HOLDINGS CORP.,
and AM. SAFETY INS. HOLDINGS, LTD.,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed his Complaint against Defendants on September 13, 2013. Complaint [Doc. 1] at 1. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint within which to effect service of process. To date, there is no indication on the record that service of process has been effected with respect to Defendants Bluestone Surety, Ltd.; Bluestone Agency, Inc.; American Safety Holdings Corp.; or American Safety Insurance Holdings, Ltd.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff is directed to show good cause why his claims against the above-named Defendants should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiff shall file his response within 21 days of entry of this Order.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**