IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES FOR THE USE
OF SIEMENS INDUSTRY, INC.,

      Plaintiff,

v.                                No. 2:13-cv-00883—CG-SMV

AEGIS SECURITY INSURANCE COMPANY;
BLUESTONE SURETY, LTD.; BLUESTONE
AGENCY, INC.; AMERICAN SAFETY
HOLDINGS CORP.; and AMERICAN SAFETY
INSURANCE HOLDINGS, LTD.,

      Defendants.

**STIPULATED ORDER ON AEGIS SECURITY INSURANCE
COMPANY'S UNOPPOSED MOTION TO EXTEND
<u>DEADLINE TO FILE ITS ANSWER TO COMPLAINT</u>**

This matter is before the Court on Defendant Aegis Security Insurance Company ("Aegis") Unopposed Motion to Extend Deadline to file its Answer to Plaintiff Siemens Industry, Inc.'s Complaint (Doc. 11).  Aegis' Motion is well-taken and should be granted.

IT IS ORDERED that the Motion is granted, and Aegis Security Insurance Company shall have until May 12, 2014 to file its Answer to Plaintiff Siemens Industry, Inc.'s Complaint.

_____
HONORABLE STEPHAN M. VIDMAR
United States Magistrate Judge

Approved and Submitted by:

Calvert Menicucci, P.C.

    */s/ Sean R. Calvert*
Sean R. Calvert
Attorneys for Defendant Aegis Security Insurance Company
8900 Washington St., NE, Suite A
Albuquerque, New Mexico 87113
(505) 247-9100
scalvert@hardhatlaw.net

Approved by:

Perkins Coie LLP

    *Approval by e-mail dated 4/9/14*
Phillip R. Higdon
Attorneys for Plaintiff Siemens Industry, Inc.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 351-8000
phigdon@perkinscoie.com