IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SIEMENS INDUSTRY, INC.,

    Plaintiff,

v.                                                                 No. 13-cv-0883 CG/SMV

AEGIS SECURITY INS. CO.,
BLUESTONE SUR., LTD.,
BLUESTONE AGENCY, INC.,
AM. SAFETY HOLDINGS CORP.,
and AM. SAFETY INS. HOLDINGS, LTD.,[1]

    Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Date and time**:       June 2, 2014, at 9:30 a.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

      A telephonic status conference is hereby set for **June 2, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]

      **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] On February 6, 2014, Plaintiff voluntarily dismissed Defendants Bluestone Surety, Ltd., Bluestone Agency, Inc., American Safety Holdings Corp., and American Safety Insurance Holdings, Ltd.  [Doc. 7].

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.